■ In the Matter of Jean Belot, Petitioner, v John Burge, as Superintendent of Auburn Correctional Facility, Respondent. [836 NYS2d 482]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Cayuga County [Peter E. Corning, A.J.], entered May 25, 2005) to review three separate determinations of respondent. Each of the three determinations found after three separate Tier II hearings that petitioner had violated various inmate rules.

It is hereby ordered that the determinations be and the same hereby are unanimously confirmed without costs and the petition is dismissed. Present—Martoche, J.P., Lunn, Peradotto, Green and Pine, JJ.